| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388.4939 Fax: (213) 388.2411<br>California State Bar Number: 175497<br>Lbishopbk@yahoo.com<br><br>☒ *Attorney for Debtor(s)*<br>☐ *Debtor(s), appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | CASE NO.: 2:10-bk-12722-TD |
|---|---|
| | CHAPTER: 13 |
| Jose Santos Asebedo<br>Obdulia R Asebedo | **DEBTOR'S NOTICE OF CONVERSION OF BANKRUPTCY CASE FROM CHAPTER 13 TO CHAPTER 7 [11 U.S.C. §1307(a), LBR 1017-1, LBR 3015-1(q)(2)]** |
| | No hearing required.  No order required. |
| Debtor(s). | |

PLEASE TAKE NOTICE THAT THAT DEBTOR CONVERTS THIS CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7 ON THE FOLLOWING GROUNDS:

1. A voluntary petition under chapter 13 was filed on (*insert date*):  01/26/2010

2. Name of chapter 13 trustee appointed:  Kathy A. Dockery

3. The additional filing fee is being paid concurrently with the filing of this notice.

4. This notice of conversion is filed in good faith, and Debtor is eligible for relief under chapter 7.

Dated: June 21, 2011

Respectfully submitted,

By: /s/ L. Bishop Austin
*Signature of Debtor or Attorney for Debtor(s)*

Name: L. Bishop Austin
*Type Name of Debtor or Attorney for Debtor(s)*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2010*                                  Page 1                **F 3015-1.21.NOTICE.CONVERT.CH13**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010

A true and correct copy of the foregoing document described as     DEBTOR'S NOTICE OF CONVERSION OF BANKRUPTCY CASE FROM CHAPTER 13 TO CHAPTER 7 [11 U.S.C. §1307(a), LBR 1017-1, LBR 3015-1(q)(2)]     will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On   6/21/11  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Chapter 13 Trustee  Kathy A Dockery (TR): efiling@CH13LA.com
SABR Mortgage Loan 2008-1 REO Subsidiary-1, LLC: c/o Rosicki, Rosicki & Associates, P.C. : Bkmail@rosicki.com
Andrew David Goldberg: Rosicki, Rosicki & Associates, P.C.: agoldberg@rosicki.com
Mehrdaud Jafarnia: Mccarthy & Holthus LLP : bknotice@mccarthyholthus.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On   6/21/11  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   See attached service list

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 21, 2011 | L. Bishop Austin 175497 | /s/ L. Bishop Austin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2010*     Page 2     **F 3015-1.21.NOTICE.CONVERT.CH13**